LAWRENCE G. WASDEN
ATTORNEY GENERAL

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
mje@melawfirm.net
Craig D. Stacey (ISBN 7996)
craig@melawfirm.net
MOORE ELIA KRAFT & HALL, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone:   (208) 336-6900
Facsimile: (208) 336-7031

*Attorneys for Defendants Idaho Department of Corrections*
*Cert. Team Members and Warden Keith Yordy*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| JOSHUA MICHAEL NALL, | ) Case No. 1:15-cv-00474-TJH |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| IDAHO DEPARTMENT OF CORRECTIONS CERT. TEAM MEMBERS, et al. | ) |
| Defendants. | ) |

COMES NOW the Plaintiff Joshua Michael Nall, by and through his counsel of record, Jason Monteleone of the firm Johnson & Monteleone, LLP, and Defendant Idaho Department of Corrections Cert. Team Members, et al., by and through its counsel of record, Michael J. Elia of the firm Moore Elia Kraft & Hall, LLP, and hereby stipulate and agree that the claims of these parties, the subject matter of the above entitled action, have been fully satisfied and compromised,

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

and, accordingly, said action as to the Defendants, may and shall be dismissed, on the merits, with prejudice, and each party shall bear their respective costs and attorney's fees.

DATED this 13th day of May, 2019.

        JOHNSON & MONTELEONE, LLP

        /s/ Jason Monteleone
        Jason Monteleone
        *Attorney for Plaintiff*

DATED this 13th day of May, 2019.

        MOORE ELIA KRAFT & HALL, LLP

        By:/s/ Michael J. Elia
          Michael J. Elia
          *Attorney for Defendants*

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 13th day of May, 2019, I caused to be served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

| | |
|---|---|
| Jason R.N. Monteleone<br>Johnson & Monteleone, L.L.P.<br>350 N. 9th St., Ste. 500<br>Boise, Idaho 83702<br>*Attorneys for Plaintiff* | __x__ ECF<br>Jason@treasurevalleylawyers.com |

                                            /s/ Michael J. Elia _____
                                            Michael J. Elia

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 3**